NO.
12-08-00064-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

WILLIS FLOYD WILEY,     §          APPEAL
FROM THE THIRD

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          ANDERSON
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to the offense of possession of a controlled substance in a
correctional facility.  The trial court
assessed punishment at imprisonment for three years.  We have received the trial court’s
certification showing that this is a plea bargain case and Appellant waived his
right to appeal.  See Tex. R. App. P. 25.2(d).  Accordingly, the appeal is dismissed
for want of jurisdiction.

Opinion delivered February
29, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)